

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00352-CV

IN RE CECIL EARL SCARBROUGH           RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

BILL MEIER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

WALKER, J., would grant petition.

DELIVERED: October 25, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).